# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2019

156604

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* B. HADD, Minor.

SC: 156604
COA: 337097
Bay CC Family Division:
14-011751-NA

_____/

By order of July 5, 2018, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Ferranti, Minor* (Docket Nos. 157907-8). On order of the Court, the case having been decided on June 12, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to the Court of Appeals for reconsideration in light of *Ferranti*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2019



Clerk

p0730